UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SPIRIT OF ALOHA TEMPLE, a Hawaii nonprofit corporation and FREDRICK R. HONIG,<br><br>       Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF MAUI,<br><br>       Defendant - Appellee,<br><br>STATE OF HAWAII,<br><br>       Intervenor-Defendant - Appellee,<br><br> and<br><br>MAUI PLANNING COMMISSION,<br><br>       Defendant. | Nos. 19-16839, 20-15871<br><br>D.C. No. 1:14-cv-00535-SOM-WRP<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

The amicus brief submitted on March 6, 2020 by Chabad Lubavitch of Northwest Connecticut and Jewish Coalition for Religious Liberty is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7